CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 13 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| NATHANIEL A. STEWART, ) | |
|     Petitioner, ) | Civil Action No. 7:07-cv-00512 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| MICHAEL B. MUKASEY, et al., ) | By: Hon. Samuel G. Wilson |
|     Respondents. ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the above referenced petitioner for a writ of habeas corpus, which the court has construed and filed as a petition pursuant to pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED**, and the case is hereby **STRICKEN** from the active docket of the court.

ENTER: This 13th day of November, 2007.

_____
United States District Judge